AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

MOTOROLA CELLULAR TELEPHONE, SERIAL NUMBER

## SEARCH WARRANT

CASE NUMBER: 07-237-M-01

TO: __LORENZO JAMES__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Detective LORENZO JAMES who has reason to believe that
(name, description and or location)

CONTAINED WITHIN A MOTOROLA CELLULAR TELEPHONE BEARING SERIAL NUMBER

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

INFORMATION, INCLUDING TELEPHONE NUMBERS, NAMES, NICKNAMES, SERVICE PROVIDER INFORMATION AND CALL RECORDS☐ ☐ ☐

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____JUN 0 1 2007_____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____MAY 2 4 2007  11:20 pm_____     at Washington, D.C.
Date and Time Issued

_____ALAN KAY_____
U.S. MAGISTRATE JUDGE                   _____[signature]_____
Name and Title of Judicial Officer         Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/15/07 | 5/16/07  6:30 pm | |

INVENTORY MADE IN THE PRESENCE OF

Sgt. Figueroa

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Phone Book
Recent Missed Calls
Message Box
Quick Text info
Received Calls
Dialed Numbers

**FILED**

MAY 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATION

I swear that this Inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge      5-24-07
                                           Date